SEALED

FILED

DEC 03 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   SHEILA K. OBERTO
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  IN THE MATTER OF THE           )   S.W. NO. 1:08sw00297 SMS
   SEARCHES OF:                   )
10                                )   UNDER SEAL
   4009 CALISTOGA COURT,          )
11 MODESTO, CALIFORNIA 95356      )   ORDER SEALING SEARCH WARRANT
                                  )   AFFIDAVIT
12 4116 ACCLAIM COURT,            )   1:08 SW 00296 SMS
   MODESTO, CALIFORNIA 95356      )
13                                )
   725 MCHENRY AVENUE             )   1:08 SW 00295 SMS
14 MODESTO, CALIFORNIA 95350      )
                                  )
15 727 MCHENRY AVENUE,            )   1:08 SW 00293 SMS
   MODESTO, CALIFORNIA 95350      )
16                                )
   801 MCHENRY AVENUE             )   1:08 SW 00291 SMS
17 MODESTO, CALIFORNIA 95350      )
                                  )
18 4539 N. BRAWLEY AVENUE, SUITE  )   1:08 SW 00290 SMS
   102 & 103,                     )
19 FRESNO, CALIFORNIA 93722       )
                                  )
20 1343 LUKE DRIVE,               )   1:08 SW 00294 SMS
   MERCED, CALIFORNIA 95340       )
21                                )
   1566 & 1590 W. 16TH STREET,    )   1:08 SW 00292 SMS
22 MERCED, CALIFORNIA 95340       )

23      The United States of America, having applied to this

24 Court, for an Order permitting it to file the search warrant

25 and applicants and affidavits in the above-entitled

26 proceedings, together with its Application to Seal, Memorandum

27 of Points and Authorities and the accompanying Declaration of

28 Stanley A. Boone, under seal, and good cause appearing

   therefor,

                                  1

1    IT IS HEREBY ORDERED that the search warrant affidavit in
2    the above-entitled proceeding, together with the Application To
3    Seal of the United States Attorney and the accompanying
4    Memorandum of Points and Authorities and Declaration of Stanley
5    A. Boone, shall be filed with the Court in camera, under seal
6    and shall not be disclosed pending further order of this court.

DATED: 12/2/08

SANDRA M. SNYDER
U.S. Magistrate Judge

1