```
                                          FILED
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE                     DEC 17 2008
    Assistant U.S. Attorney
 3  4401 Federal Building              CLERK, U.S. DISTRICT COURT
    2500 Tulare Street                EASTERN DISTRICT OF CALIFORNIA
 4  Fresno, California 93721          BY _____
    Telephone: (559) 497-4000                 DEPUTY CLERK
 5
```

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No:  1:08 SW 00290 SMS |
|              Plaintiff,   ) |           1:08 SW 00291 SMS |
|                           ) |           1:08 SW 00292 SMS |
| v.                        ) |           1:08 SW 00293 SMS |
|                           ) |           1:08 SW 00294 SMS |
| 4539 N. BRAWLEY AVE., SUITE 102 ) |     1:08 SW 00295 SMS |
| & 103, FRESNO, CALIFORNIA 93722 ) |     1:08 SW 00296 SMS |
|                           ) |           1:08 SW 00297 SMS |
| 801 MCHENRY AVENUE, MODESTO, ) | |
| CALIFORNIA 95350          ) | ORDER UNSEALING |
|                           ) | SEARCH WARRANTS |
| 1566 & 1590 W. 16TH STREET, ) | |
| MERCED, CALIFORNIA 95340  ) | |
|                           ) | |
| 727 MCHENRY AVENUE, MODESTO, ) | |
| CALIFORNIA 95350          ) | |
|                           ) | |
| 1343 LUKE DRIVE, MERCED,  ) | |
| CALIFORNIA 95340          ) | |
|                           ) | |
| 725 MCHENRY AVENUE, MODESTO, ) | |
| CALIFORNIA 95350          ) | |
|                           ) | |
| 4116 ACCLAIM COURT,       ) | |
| MODESTO, CALIFORNIA 95356 ) | |
|                           ) | |
| 4009 CALISTOGA COURT, MODESTO, ) | |
| CALIFORNIA 95356          ) | |
|                           ) | |
|              Defendants.  ) | |

     The Search Warrants, having been sealed by Order of this Court
pursuant, and it appearing that it no longer need remain secret,

1  IT IS HEREBY ORDERED that the Search Warrants be unsealed and
2 made public record.

6 DATED: 12/17/08       _____
                        United States Magistrate Judge